UNITED STATES DISTRICT COURT
FOR THE
WESTERN DISTRICT OF TENNESSEE

◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆    2005 MAY 19  PM 1:02

UNITED STATES OF AMERICA          )
                                  )
vs.                               )        CR. No.  05-20182-D
                                  )
ANTHONY TURLEY                    )
                                  )
                                  )

APPLICATION, ORDER and WRIT FOR HABEAS CORPUS AD PROSEQUENDUM

The United States Attorney's Office applies to the Court for a Writ to have ANTHONY TURLEY, DOB: 11/13/83, SSN: 412-7359826, RNI: 217402, now being detained in the Shelby County Jail, appear before the Honorable S. Thomas Anderson on May 25, 2005 @ 2:00 p.m. for Initial Appearance and for such other appearances as this Court may direct.

Respectfully submitted this 19th day of May, 2005.

S. Greg Gilluly, Jr.
Special Assistant U. S. Attorney

◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆

Upon consideration of the foregoing Application, DAVID JOLLEY, U.S. MARSHAL, WESTERN DISTRICT OF TENNESSEE, MEMPHIS, TN., SHERIFF/WARREN, SHELBY COUNTY JAIL, MEMPHIS, TN.

YOUR ARE HEREBY COMMANDED to have ANTHONY TURLEY, DOB: 11/13/83, SSN: 412-7359826, RNI: 217402, appear before the Honorable S. Thomas Anderson on the date and time aforementioned.

ENTERED this 19th day of May, 2005.

UNITED STATES MAGISTRATE JUDGE

___ED TRUE COPY
___BERT R. DI TROLIO, CLERK

_____
DEPUTY CLERK

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on  5·19·05

3

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 3 in case 2:05-CR-20182 was distributed by fax, mail, or direct printing on May 19, 2005 to the parties listed.

E. Greg Gilluly
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Bernice Donald
US DISTRICT COURT